UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE DEBTOR(S):                    *
                                    *    CASE NO.:  18-30246
MICKEY L MAY                        *    Chapter 13
LISA R MAY                          *    BETH A BUCHANAN
                                    *
**********************************************************************
NOTICE OF FILING OF APPRAISAL PURSUANT TO L.B.R. 3015-3(e)(3) AND THE
DAYTON CHAPTER 13 PLAN SECTION 18(E) SETTING VALUATION OF REAL ESTATE,
WITH APPRAISAL ATTACHED
**********************************************************************

Attached is the Appraisal for the real property located at:

932 HARRISON ST, SPRINGFIELD OH  45505

This Appraisal is being filed pursuant to L.B.R. 3015-3(e)(3) (prior
to the conclusion of the Section 341 Meeting) and Section 18(E) of the
Debtor(s)' Dayton Chapter 13 Plan of Reorganization.  In accordance with
the Debtor(s)' Plan, in the event no objection to the Plan, including as
to the value placed on the property by this Appraisal report, is filed
and served within the time provided by Local Bankruptcy rule 3015-3(a),
the real property shall be valued for purposes of the Plan, and any
motion or adversary proceeding seeking to avoid any lien on the property,
at the value contained in the attached report.


                          /s/ David M. Hollingsworth
                          David M. Hollingsworth #0011343
                          Attorney for Debtor(s)
                          PO Box 52
                          Enon, Ohio 45323
                          Phone (937) 864-2924
                          FAX (937) 864-2312
                          dmh@enonlaw.net



## Clark County GIS - John S. Federer
(937) 521-1860 - gis@clarkcountyohio.gov

Report generated: Monday, January 22, 2018

Parcel Report





| Code | Des | Area |
|------|-----|------|
|      | Mai | 688  |
| 1    | OF  | 105  |
| 26   | MP  | 105  |
| 35/57 | 1S | 300  |

## Base Data

| | |
|---|---|
| **Parcel Number:** | 3400700028111028 |
| **Owner Name:** | MAY MICKEY L & LISA R |
| **Property Address:** | 932 HARRISON ST, SPRINGFIELD 45505 |

## Legal

| | |
|---|---|
| **Neighborood:** | 340R0098 |
| **Legal Description:** | RAWLINGS E SI 2249; |
| **Property Class:** | R |
| **Legal Acres:** | 0.00 |
| **Land Use:** | 510 |
| **Map Number:** | 0028-02 |

## Valuation

| | Appraised | Assessed (35%) |
|---|---|---|
| Land Value: | $2,110.00 | $740.00 |
| Building Value: | $23,240.00 | $8,130.00 |
| Total Value: | $25,350.00 | $8,870.00 |
| CAUV Value: | $0.00 | |
| Taxable Value: | $8,870.00 | |

## Tax Credits

| | |
|---|---|
| **Homestead Exemption:** | No |
| **2.5%Reduction:** | Yes |

## Land

| Description | Effective Lot Size | Act. Frontage | Acres | Sq. Foot | Value |
|---|---|---|---|---|---|
| REGULAR LOT | 28 * 140 | 31 | 0.09 | 3,920 | $2,110.00 |

## Land Totals

| | |
|---|---|
| **Effective Total Acres** | 0.09 |
| **Effective Total Square Footage** | 3,920 |
| **Total Value** | $2,110.00 |

## Valuation

| | Appraised | Assessed (35%) |
|---|---|---|
| Land Value: | $2,110.00 | $740.00 |
| Building Value: | $23,240.00 | $8,130.00 |
| Total Value: | $25,350.00 | $8,870.00 |
| CAUV Value: | $0.00 | |
| Taxable Value: | $8,870.00 | |

## Sales

| Sale Date | Sale Price | Seller | Buyer | Current Deed | Number of Parcels |
|---|---|---|---|---|---|
| 11/04/1991 | $16,500.00 | BESS EARLE L | MAY MICKEY L & LISA R | 340/5850 | |

## Residential

| | |
|---|---|
| **Card:** | 1 |
| **Number of Stories:** | 2 |
| **Style:** | Old Style |
| **Year Built:** | 1890 |
| **Year Remodeled:** | |
| **Total Number of Rooms:** | 7 |
| **Number of Bedrooms:** | 4 |
| **Number of Full Baths:** | 1 |
| **Number of Half Baths:** | |
| **Number of Family Rooms:** | 0 |
| **Basement:** | .25 BSMT / .75 Crawl |
| **Exterior Wall:** | FRAME |
| **Heating System Type:** | HOT AIR |
| **Heat:** | CENTRAL HEAT |
| **Attic:** | None |
| **Heating Fuel Type:** | GAS |
| **Grade:** | D |
| **Ground Floor Area:** | 988 |
| **Total Living Area:** | 1,796 |
| **Unfinished Area:** | |
| **Recreation Room Area:** | |
| **Finished Basement Area:** | |
| **Brick/Stone Trim:** | |
| **Fireplace Stacks:** | |
| **Fireplace Openings:** | |
| **PreFab Fireplaces:** | |
| **Percent Complete:** | |

## Photos



**Sketches**



<u>CERTIFICATE OF SERVICE</u>

I certify that on **January 29, 2018** a copy of the following was served:

**NOTICE OF FILING OF APPRAISAL PURSUANT TO L.B.R. 3015-3(e)(3) AND THE DAYTON CHAPTER 13 PLAN SECTION 18(E) SETTING VALUATION OF REAL ESTATE, WITH APPRAISAL ATTACHED**

was served electronically through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court,

and the following by ordinary U.S. Mail addressed to:


MICKEY & LISA MAY
932 HARRISON ST
SPRINGFIELD OH  45505



**And on the following by CERTIFIED MAIL addressed to:**



**NONE**


/s/ David M. Hollingsworth
David M. Hollingsworth #0011343
Attorney for Debtor(s)
PO Box 52
Enon, Ohio 45323
Phone (937) 864-2924
FAX (937) 864-2312
dmh@enonlaw.net